# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Benny Fiorino,

        Plaintiff,

v.

Trans Union LLC, et al.,

        Defendants.

**NO. CV-25-01935-PHX-KML**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 25, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and this action are dismissed.  This case is terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

March 25, 2026

By    s/ A. Roybal
Deputy Clerk